ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
DEC 01 '21 PM01:40

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. JUAN HERNANDEZ, Defendant. | INDICTMENT<br><br>COUNT 1: Possession of Methamphetamine with Intent to Distribute, 18 U.S.C. § 922(g)(1)<br><br>COUNT 2: Possession of a Firearm in Furtherance of Narcotics Trafficking, 18 U.S.C. § 924(c) |
|---|---|

The Grand Jury Charges:

Case: 2:21-cr-00498
Assigned To : Stewart, Ted
Assign. Date : 12/1/2021

## COUNT 1
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Methamphetamine)

On or about November 11, 2021, in the District of Utah,

**JUAN HERNANDEZ,**

defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C.

§ 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of Narcotics Trafficking)

On or about November 11, 2021, in the District of Utah,

**JUAN HERNANDEZ,**

defendant herein, did knowingly possess a firearm, to wit: one Radical, model RF-15, multi-caliber pistol, and associated ammunition, in furtherance of a narcotics trafficking offense for which he may be prosecuted in a court of the United States as set forth in Count 1 and incorporated herein, that is, knowingly and intentionally possessing methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 924(c); or pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America all property acquired from or traceable to the offenses and all property used to facilitate the offenses, in violation of 21 U.S.C. § 841(a)(1) and any firearm or ammunition involved in or used in the violation of 18 U.S.C. § 924(c) and/or 21 U.S.C. § 841, including, but not limited to the following:

- Radical, model RF-15, multi-caliber pistol, and associated ammunition.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

_____
JAMIE Z. THOMAS
STEPHEN L. NELSON
STEWART M. YOUNG
Assistant United States Attorneys